Certificate Number: 16339-PAW-DE-041416333

Bankruptcy Case Number: 26-22429

16339-PAW-DE-041416333

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2026, at 9:47 o'clock PM EDT, Abigail Abbott completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: September 7, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor